**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TODD W. ALTSCHUL, <br> Petitioner | * <br> * |
| i. | CIVIL ACTION NO. PJM-05-2399 <br> * |
| THE STATE OF TEXAS, <br> Respondent | * |

******

## **MEMORANDUM OPINION**

Todd W. Altschul, an inmate currently confined in Lovelady, Texas, filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging convictions entered against him by a Texas state court. Paper No. 1.

This Court "in the exercise of its discretion and in furtherance of justice" may transfer Petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced" Petitioner. *See* 28 U.S.C. § 2241(d). Petitioner attacks convictions entered against him by a state court sitting in Brazoria County, Texas. All of the records pertaining to these convictions are located in Texas. No connection between Petitioner's conviction and the State of Maryland is evident. Brazoria County is located within the jurisdiction of the United States District Court for the Eastern District of Texas. In light of the foregoing, this Court shall transfer this case to such other court for hearing and determination as deemed appropriate. *See* 28 U.S.C. § 1404.

   9/6/05                            /s/                
  Date                                              PETER J. MESSITTE
                                                    UNITED STATES DISTRICT JUDGE